IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 18-cv-00982-RBJ | Date: November 15, 2019 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ESTATE OF DION DAMON | *John R. Holland* |
| | *Anna C. Holland-Edwards* |
| | *Darold W. Killmer* |
| | *Mari A. Newman* |
| | *Andrew J. McNulty* |
| **Plaintiff** | |
| v. | |
| JEFFREY MOTZ | *Peter H. Doherty* |
| **Defendant** | |

## COURTROOM MINUTES

**JURY TRIAL DAY NINE**

Court in Session: 9:11 a.m.

Jury not present.

Discussion held on jury instructions.

Jury escorted in.

Jury instructed.

9:48 a.m.   Closing argument by Ms. Holland-Edwards.

10:16 a.m.  Closing argument by Mr. Doherty.

10:52 a.m.  Rebuttal closing argument by Ms. Holland-Edwards.

Bailiff sworn. Jury to begin deliberations.

**11:06 p.m.      Court in recess.**
**4:15 p.m.       Court in session – jury escorted in.**

Verdict reached. Verdict found in favor of the defendant, see verdict for details.

Jury polled.

Jury excused.

Discussion held on contacting jurors.

**ORDERED:  Oral motion to contact jurors is GRANTED.**

Court in Recess:  4:24 p.m.            Trial concluded.            Total time in Court:  02:04

Clerk's note:  Exhibits returned to counsel or a representative of counsel. Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.