IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00982-RBJ

ESTATE OF DION DAMON,

    Plaintiff,

v.

JEFFREY MOTZ,

    Defendant.

## VERDICT FORM

We, the jury in the above-captioned action, render our verdict in response to the following questions:

<u>Question 1</u>: Did Plaintiff Estate of Dion Damon prove, by a preponderance of the evidence, its claim of excessive force against Defendant Jeffrey Motz?

    \_\_\_ Yes      X No

If you Answer Yes to Question No. 1, answer Questions numbers 2-4. If you Answer No to Question number 1, do not answer Question Nos. 2-4.

<u>Question 2</u>: What amount of compensatory damages, if any, does the jury award Plaintiff for each of the following categories?

(1) Pain and suffering, if any, experienced by Mr. Damon before his death:

    $_____

(2) Mr. Damon's loss of consortium with his spouse, mother, children and other family members Mr. Damon would have had during the remainder of his life, if any:

1

$_____

(3) Mr. Damon's loss of the enjoyment of his life, if any (but do not include any damages you included in Category 2 again in this category):

$_____

Question 3: Does the jury find that Defendant Motz acted with an evil motive or intent, or reckless or callous indifference to federally protected rights?

\_\_\_ Yes   \_\_\_ No

Question 4: What amount, if any, does the jury award as punitive damages against Defendant Motz?

$_____

**CERTIFICATION**

Signatures of all jurors:

JUROR NAMES REDACTED

Dated this 15 day of November 2019.

2